NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-7043

LELAND A. HARGROVE,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 09-2657, Judge Mary J. Schoelen.

ON MOTION

ORDER

Upon consideration of Leland A. Hargrove's motion for an extension of time to file his brief,

IT IS ORDERED THAT:

The motion is granted. Hargrove's brief is due within 60 days of the date of filing of this order. No further extensions should be anticipated.

FOR THE COURT

_____FEB 2 4 2010_____          /s/ Jan Horbaly
          Date                   Jan Horbaly
                                 Clerk

cc:   Leland A. Hargrove (informal brief form enclosed)
      David F. D'Alessandris, Esq.
s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 4 2010

JAN HORBALY
CLERK